**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CORTLAND LOVE, | ) | CASE NO. 4:07CV299 |
| | ) | |
| Petitioner(s), | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | ORDER |
| Respondent . | ) | |

Petitioner filed a motion pursuant to 28 U.S.C. 2255 to vacate, set aside or correct sentence on February 2, 2007. The Court issued its Initial Order on June 12, 2007.

The Court's initial order states "Defendant-Respondent shall have 30 days to file an answer to the "Motion to Vacate/Correct Illegal Sentence" and other pending motions within 30 days of the Court's Order."" Respondent, United States of America, has not filed an answer to Petitioner's motion.

The United States of America has 10 days from the entry of this Order to file an answer to Petitioner's motion or the Court will assume the United States has no objection to the Court granting Petitioner's motion.

IT IS SO ORDERED.

                                                s/Christopher A. Boyko
                                                Christopher A. Boyko
                                                United States District Court Judge

DATE: October 18, 2007