UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Cortland Love, ) | CASE NO. 1:05CR412-001 |
| ) | |
| Petitioner, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| vs. ) | |
| ) | |
| United States of America, ) | |
| ) | |
| Respondent, ) | Judgment Entry |

This Court, having issued its Memorandum of Opinion denying Petitioner's Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 19), enters judgment against defendant. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App.P. 22(b).

IT IS SO ORDERED.

/s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

Dated: 02/13/2008